# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DARRELL GRAY**                                                              **PLAINTIFF**

V.                  No. 4:22-CV-00534-ERE

**KILOLO KIJAKAZI**, Acting
**Commissioner of Social Security**                                **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff. The Commissioner's decision is reversed and the case is remanded to the Commissioner for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 1st day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE